IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| V2 LIFE SOLUTIONS, LLC, D/B/A : <br> SMART COSMETIC AND SKIN STUDIO : <br>  : <br> v.    : <br>  : <br> AESTHETICS BIOMEDICAL, INC.   : | CIVIL ACTION NO. 21-0106 |

## ORDER

This 8th day of March, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 4) is **GRANTED in part**, as follows: Plaintiff's Counts IV-VIII are hereby **DISMISSED** with prejudice; in all other respects, Defendant's motion is **DENIED**.

/s/ Gerald Austin McHugh
United States District Court